83,185-07,08
-09,10,11,12



**Lamar County Courthouse**
**119 N. Main Street**
**Paris, TX 75460**
*or*
**P.O. Box 1118**
**Paris, TX 75461**

# ERIC S. CLIFFORD
### DISTRICT JUDGE
### Sixth Judicial District Court
*Presiding in Lamar & Red River County, Texas*

*(903) 737-2431*
*fax (903) 784-7857*

October 28, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 02 2015

Abel Acosta, Clerk

FILED FOR RECORD
LAMAR COUNTY, TEXAS
2015 OCT 28 PM 3: 26
SHAWNTEL GOLDEN
DISTRICT CLERK
BY
Suzanne Roberts
DEPUTY

Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, TX 78711

    Re:   Orian Lee Scott
           WR-83,185-07, -08, -09, -10, -11 & -12

The Court respectfully requests an extension of time within which to complete and file Findings of Fact and Conclusions of Law on the six (6) cases referenced above. The Court does not anticipate that it will take more than 30 days from this date to comply with the required filings.

Your consideration for this extension and your assistance is appreciated.

Respectfully,

Eric S. Clifford

Eric S. Clifford